1  Caitlin W. Tran (SBN: 305626)
   CWTran@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue
3  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
4  Facsimile:   (213) 615-1750

5  Attorneys for Defendants
   TNC US HOLDINGS and
6  The Nielsen Company US LLC

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | FRANK LIU,                          | Case No. 4:21-cv-07313-JSW
   | 304 S. Jones Blvd. #3165 Las Vegas, |
13 | NV 89107                            | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R.3-15]**
14 |            Plaintiff,               |
15 |     vs.                             |
16 | TNC US HOLDINGS (The Nielsen        |
   | Company US LLC) 85 Broad St.        |
17 | New York, NY 10004                  |
18 |            Defendant.               | Complaint Filed: September 20, 2021

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 3, 2022

WINSTON & STRAWN LLP

By: */s/ Caitlin W. Tran*
Caitlin W. Tran
Attorney of Record for Defendants
TNC US HOLDINGS and
The Nielsen Company US LLC