| | |
|---|---|
| 1 | Caitlin W. Tran (SBN: 305626) |
| 2 | CWTran@winston.com<br>WINSTON & STRAWN LLP |
| 3 | 333 S. Grand Avenue<br>Los Angeles, CA 90071-1543 |
| 4 | Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 5 | Attorneys for Defendants |
| 6 | TNC US HOLDINGS and<br>The Nielsen Company US LLC |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br>304 S. Jones Blvd. #3165 Las Vegas, NV 89107<br><br>Plaintiff,<br><br>vs.<br><br>TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004<br><br>Defendant. | **Case No. 4:21-cv-07313-JSW**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br><br>Complaint Filed: September 20, 2021 |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of
2  record for Defendants TNC US Holdings and The Nielsen Company US LLC certifies
3  that: Defendant Nielsen Company US LLC, a Delaware limited liability corporation,
4  is a wholly owned, indirect subsidiary of Defendant TNC (US) Holdings, a New York
5  corporation. TNC (US) Holdings is a wholly owned subsidiary of Nielsen Holdings
6  plc, a publicly traded company. There is no parent corporation or publicly held
7  corporation that holds 10% or more of Nielsen Holdings plc's stock.

Dated: January 3, 2022                WINSTON & STRAWN LLP

                                      By: */s/ Caitlin W. Tran*
                                         Caitlin W. Tran
                                         Attorney for Defendants
                                         TNC US HOLDINGS and
                                         The Nielsen Company US LLC