| | |
|---|---|
| 1 | Caitlin W. Tran (SBN: 305626) |
| 2 | CWTran@winston.com<br>WINSTON & STRAWN LLP |
| 3 | 333 S. Grand Avenue<br>Los Angeles, CA 90071-1543 |
| 4 | Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 5 | Attorneys for Defendants |
| 6 | TNC US HOLDINGS and<br>The Nielsen Company US LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK LIU,<br>304 S. Jones Blvd. #3165 Las Vegas, NV 89107<br><br>Plaintiff,<br><br>vs.<br><br>TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004<br><br>Defendant. | **Case No. 4:21-cv-07313-JSW**<br><br>**DECLARATION OF ANITA PANCHOLI IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR ALTERNATIVELY, TO TRANSFER VENUE**<br><br>Date:  February 11, 2022<br>Time: 9:00 am<br>Place: Courtroom 5-2nd Floor<br>         1301 Clay Street<br>         Oakland, CA  94612<br><br>Complaint filed: September 20, 2021 |

DECLARATION OF ANITA PANCHOLI

I, Anita Pancholi, declare as follows:

1. I am General Counsel, Global Employment of The Nielsen Company (US), LLC. I make this declaration in support of Defendants TNC US HOLDINGS and The Nielsen Company US LLC's ("Nielsen") (collectively, "Defendants") Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Venue. This declaration is based upon my personal knowledge and review of Defendants' business records kept in the regular course of business and, if called to testify, I could and would testify competently hereto.

2. Defendant TNC (US) Holdings, Inc. is a New York corporation with its headquarters and principal place of business in New York, New York.

3. Defendant The Nielsen Co. (US), LLC was formed in Delaware and its principal place of business is in New York, New York.

4. The Nielsen Co. (US), LLC maintains employee personnel records, including those of Plaintiff Frank Liu ("Plaintiff"), electronically on a server located in the Netherlands. Records relating to Plaintiff's employment have never been maintained physically or electronically in the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed 1/3/2022, at Chicago, Illinois.

_____
Anita Pancholi

DECLARATION OF ANITA PANCHOLI