Caitlin W. Tran (SBN: 305626)
CWTran@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendants
TNC US HOLDINGS and
The Nielsen Company US LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br>304 S. Jones Blvd. #3165 Las Vegas, NV 89107<br><br>Plaintiff,<br><br>vs.<br><br>TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004<br><br>Defendant. | **Case No. 4:21-cv-07313-JSW**<br><br>**DECLARATION OF CARDELLE B. SPANGLER IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR ALTERNATIVELY, TO TRANSFER VENUE**<br><br>Date:  February 11, 2022<br>Time:  9:00 am<br>Place: Courtroom 5-2nd Floor<br>         1301 Clay Street<br>         Oakland, CA  94612<br><br>Complaint filed: September 20, 2021 |

I, Cardelle B. Spangler, declare as follows:

1.      I am an attorney and member of the State Bar of Illinois. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants TNC US HOLDINGS and The Nielsen Company US LLC ("Defendants").  I have personal knowledge of facts stated in this declaration and could and would testify to these facts if called upon to do so.

2.      During a phone conversation with Plaintiff Frank Liu ("Plaintiff") (who is proceeding pro se) in December 2021, I informed him that Defendants intended to move the Court to dismiss the case and/or to transfer venue to New York given the operative allegations of the Complaint – namely, the alleged retaliation – allegedly occurred in New York.  Plaintiff stated he would object to such transfer.  In a subsequent December 2021 email to Plaintiff, I requested that he voluntarily agree to transfer this action to Florida because certain witnesses and documents were located in Florida.  Plaintiff did not agree to transfer the case to Florida.  Finally, on January 3, 2022, I asked Plaintiff if he objected to a transfer to either New York or Florida.  As of this filing, Plaintiff has not responded to that request.


I declare under penalty of perjury under the laws of the State of Illinois and the United States of America that the foregoing is true and correct.  Executed January 3, 2022, at Chicago, Illinois.

*Cardelle B. Spangler*
Cardelle B. Spangler

DECLARATION OF CARDELLE B. SPANGLER