Caitlin W. Tran (SBN: 305626)
CWTran@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendants
TNC US HOLDINGS and
The Nielsen Company US LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br>304 S. Jones Blvd. #3416 Las Vegas, NV 89107<br><br>Plaintiff,<br><br>vs.<br><br>TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004<br><br>Defendant. | **Case No. 4:21-cv-07313-JSW**<br><br>**DECLARATION OF ANITA PANCHOLI IN SUPPORT OF DEFENDANTS' NOTICE OF AMENDED MOTION AND AMENDED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR ALTERNATIVELY, TO TRANSFER VENUE**<br><br>Date:  March 4, 2022<br>Time:  9:00 am<br>Place:  Courtroom 5-2nd Floor<br>           1301 Clay Street<br>           Oakland, CA  94612<br><br>Complaint filed: September 20, 2021 |

DECLARATION OF ANITA PANCHOLI

I, Anita Pancholi, declare as follows:

1. I am General Counsel, Global Employment of The Nielsen Company (US), LLC. I make this declaration in support of Defendants TNC US HOLDINGS and The Nielsen Company US LLC's ("Nielsen") (collectively, "Defendants") Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Venue. This declaration is based upon my personal knowledge and review of Defendants' business records kept in the regular course of business and, if called to testify, I could and would testify competently hereto.

2. Defendant TNC is a New York corporation with its headquarters and principal place of business in New York, New York. TNC is a parent and holding company for Nielsen and various other subsidiaries and its activities are exclusively concentrated in New York. TNC does not employ any individuals in California, sell any products or provide any services directly to the public, or hold title to any real property in California.

3. Nielsen was formed in Delaware and its principal place of business is in New York, New York. Nielsen endeavors to collect data nationwide to make up a representative sample of the country, and therefore operates and does business soliciting households in all 50 states. None of the allegations in Plaintiff's Complaint arise from, or have anything to do with, Nielsen's business operations in California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed 1/27/2022, at Chicago, Illinois

_Anita Pancholi_
Anita Pancholi