UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TNC US HOLDINGS,<br><br>　　　　　Defendant. | Case No. 21-cv-07313-JSW<br><br>**ORDER RE AMENDED MOTION TO DISMISS OR TO TRANSFER VENUE AND GRANTING EXCESS PAGES**<br><br>Re: Dkt. No. 25 |

On January 27, 2022, Defendant filed an amended motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue. (Dkt. No. 24.) The amended motion replaces the earlier-filed motion in its entirety and the earlier motion shall not be considered. (Dkt. No. 18.) The new motion shall be heard on March 4, 2022, at 9:00 a.m. unless vacated by subsequent order of the Court. The Court GRANTS Plaintiff's request for additional pages; Plaintiff shall have 25 pages to oppose the amended motion.

**IT IS SO ORDERED.**

Dated: January 28, 2022

_____
JEFFREY S. WHITE
United States District Judge