

1 | Caitlin W. Tran (SBN: 305626)
2 | CWTran@winston.com
    | WINSTON & STRAWN LLP
3 | 333 S. Grand Avenue
    | Los Angeles, CA 90071-1543
4 | Telephone: (213) 615-1700
    | Facsimile:  (213) 615-1750

5 | Attorneys for Defendants
6 | TNC US HOLDINGS, INC. and
    | The Nielsen Company US LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| FRANK LIU, | Case No. 4:21-cv-07313-JSW |
| 304 S. Jones Blvd. #3416 Las Vegas, NV 89107 | **DEFENDANTS TNC US HOLDINGS AND THE NIELSEN COMPANY US LLC'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION** |
| Plaintiff, | |
| vs. | Date: March 11, 2022 |
| TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004 | Time: 9 a.m. |
| | Place: Courtroom 5, 2nd Floor |
| | 1301 Clay Street |
| | Oakland, CA 94612 |
| Defendant. | Complaint Filed: September 20, 2021 |

**NOTICE OF AMENDED MOTION AND AMENDED MOTION**

TO PLAINTIFF:

PLEASE TAKE NOTICE that on March 11, 2022, at 9 a.m., or as soon thereafter as the matter may be heard in the above-captioned court located at Oakland Courthouse, Courtroom 5 – 2nd Floor, 1301 Clay Street, Oakland, CA 94612, Defendants TNC US Holdings and The Nielsen Co (US), LLC will and hereby do move this Court for an order to clarify of the Court's January 28, 2022 Order re Amended Motion to Dismiss or to Transfer Venue and Granting Excess Pages (Dkt. 30) (the "January 28 Order").

Dated: January 31, 2022           WINSTON & STRAWN LLP

By: */s/ Caitlin W. Tran*
    Caitlin W. Tran
    Attorneys for Defendants
    TNC US HOLDINGS and
    The Nielsen Company US LLC

Defendants TNC US Holdings and The Nielsen Co (US), LLC ("Defendants"), by through their undersigned counsel request clarification of the Court's January 28, 2022 Order re Amended Motion to Dismiss or to Transfer Venue and Granting Excess Pages (Dkt. 30) (the "January 28 Order").

On January 3, 2022, Defendants filed a motion to dismiss for improper venue, or alternatively, to transfer venue ("Initial Motion"). (Dkt. 18.) On January 27, 2022, Defendants filed an amended motion to dismiss also asserting that this Court lacks personal jurisdiction over Defendants ("Amended Motion"). (Dkt. 24.) To avoid the Court duplicating its efforts and reading the same arguments twice, the Amended Motion incorporates in full the arguments set forth in Defendants' Initial Motion, but does not repeat them. (*Id.*)

The January 28 Order provides that "[t]he amended motion replaces the earlier-filed motion in its entirety and the earlier motion shall not be considered." (Dkt. 25.) It also provides that the amended motion shall be heard on March 4, 2022. (*Id.*) The February 25, 2022 hearing date on Defendants' Initial Motion is therefore vacated.

Based on the January 28 Order, it is not clear if the Court will consider the arguments set forth in the earlier-filed Initial Motion (Dkt. 18), or if Defendants should instead file a second amended motion to dismiss, which incorporates all arguments set forth in both their Initial Motion and Amended Motion in one motion. On January 28, 2022, Plaintiff filed his opposition motion to Defendants' Initial Motion and Amended Motion (Dkt. 27), so there is no risk of prejudice to Plaintiff if the Initial Motion is incorporated in full into the Amended Motion or if Defendants file a second amended motion to dismiss.

Further, because Plaintiff filed his opposition based on the court-ordered deadlines calendared off the February 25 hearing, which is now vacated, it is not clear if Plaintiff should re-file his opposition briefing to the Amended Motion on February 10, 2022, and if Defendants should thereafter file their reply briefing on February 17,

2022.

Defendants would appreciate guidance and clarification from the Court.

Dated: January 31, 2022  WINSTON & STRAWN LLP

By: */s/ Caitlin W. Tran*
Caitlin W. Tran
Attorneys for Defendants
TNC US HOLDINGS and
The Nielsen Company US LLC