Caitlin W. Tran (SBN: 305626)
CWTran@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
TNC US HOLDINGS, INC. and
The Nielsen Company US LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FRANK LIU,
304 S. Jones Blvd. #3416 Las Vegas, NV 89107

Plaintiff,

vs.

TNC US HOLDINGS (The Nielsen Company US LLC) 85 Broad St. New York, NY 10004

Defendant.

**Case No. 4:21-cv-07313-JSW**

**DECLARATION OF CAITLIN W. TRAN IN SUPPORT OF DEFENDANTS TNC US HOLDINGS AND THE NIELSEN COMPANY US LLC'S MOTION TO STAY DISCOVERY**

Date: March 11, 2022
Time: 9 a.m.
Place: Courtroom 5, 2nd Floor
1301 Clay Street
Oakland, CA 94612

Complaint filed: September 20, 2021

I, Caitlin W. Tran, declare as follows:

1. I am an attorney and member of the State Bar of California. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants TNC US Holdings and the Nielsen Company US LLC. I have personal knowledge of facts stated in this declaration and could and would testify to these facts if called upon to do so.

2. Plaintiff Frank Liu ("Plaintiff") served Defendants with the Complaint in this action on December 10, 2021.

3. To date, the Court has not issued a scheduling order and no discovery deadlines have been set.

4. On January 28, 2022, my colleague, Cardelle Spangler, emailed Plaintiff and proposed that the parties file a stipulation staying any deadlines set forth in General Order 71, pending the Court's decision on Defendants' motion to dismiss. On January 29, 2022, Plaintiff responded that he "might consider [Defendants'] General Order stipulation if Defense agrees to venue and personal jurisdiction discovery starting ASAP so both venue and personal jurisdiction discovery happens right now even before Court makes a ruling on MTD." On January 31, 2022, Defendants emailed Plaintiff to advise him that, in light of Defendants' pending Motion to Dismiss and Plaintiff's demand for discovery before the Court rules on the motion, Defendants intended to file a motion to stay discovery and set a hearing date for March 11, 2022.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed January 31, 2022, at Los Angeles, California

*/s/ Caitlin W. Tran*

Caitlin W. Tran