United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>TNC US HOLDINGS,<br><br>        Defendant. | Case No. 21-cv-07313-JSW<br><br>**ORDER RE REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 31 |

On January 27, 2022, Defendant filed an amended motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue. (Dkt. No. 24.) On January 28, 2022, the Court issued an order explaining that the amended motion replaced the earlier-filed motion in its entirety and stated that the earlier motion would not be considered. (Dkt. No. 30.) The Court set the new amended motion to be heard on March 4, 2022, at 9:00 a.m.

On January 31, 2022, the Court received a motion for clarification in which Defendant explained that they intended to incorporate by reference their earlier motion and have the Court address both the original motion and the amended motion together. This is not proper procedure. Accordingly, the Court STRIKES Defendant's amended motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer venue and VACATES the hearing date of March 4, 2022.

1  Should Defendant wish to re-file a motion which incorporates all of their arguments and
2  re-set the motion for an open date, it is free to do so and Plaintiff shall have 25 pages for his
3  opposition.

**IT IS SO ORDERED.**

Dated:  February 1, 2022

_____
JEFFREY S. WHITE
United States District Judge