UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br><br>       Plaintiff,<br><br>  v.<br><br>TNC US HOLDINGS,<br><br>       Defendant. | Case No. 21-cv-07313-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 37 |

    YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss, noticed on April 1, 2022 at 9:00 a.m., before the HONORABLE JEFFREY S. WHITE is vacated.

Dated: March 23, 2022

                                           Mark B. Busby
                                           Clerk, United States District Court

                                           By: *[signature]*
                                           Diyana Staples, Deputy Clerk to the
                                           Honorable JEFFREY S. WHITE
                                           510-637-3541