UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK LIU,

        Plaintiff,

   v.

TNC US HOLDINGS,

        Defendant.

Case No. 21-cv-07313-JSW

**JUDGMENT**

Pursuant to the order issued on September 23, 2022, granting Defendant's motion to dismiss for lack of personal jurisdiction, the Court HEREBY ENTERS judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge