UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIU,<br><br>                    Plaintiff,<br><br>          v.<br><br>TNC US HOLDINGS,<br><br>                    Defendant. | Case No.  21-cv-07313-JSW<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

On September 23, 2022, this Court granted Defendant's motion to dismiss for lack of personal jurisdiction and entered judgment in favor of Defendants.  On September 25, 2022, Plaintiff filed a notice of motion for leave to file a motion for reconsideration.

Under Local Rule 7-9(b), reconsideration may be sought only if one of the following circumstances exists: (1) a material difference in fact or law from that presented to the Court prior to issuance of the order that is the subject of the motion for reconsideration; (2) new material facts or a change of law occurring after issuance of such order; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments that were presented to the Court before issuance of such order.  N.D. Civ. L.R. 7-9(b)(1)-(3).  In addition, a party seeking leave to file a motion for reconsideration may not reargue any written or oral argument previously asserted to the Court. Civ. L.R. 7-9(c); *see also United States v. Hector*, 368 F. Supp. 2d 1060, 1063 (C.D. Cal. 2005), rev'd on other grounds, 474 F.3d 1150 (9th Cir. 2007) ("A motion for reconsideration is not to be used as a means to reargue a case or to ask a court to rethink a decision it has made.").

The Court finds that Plaintiff has failed to raise any issue regarding a material difference in law or fact from what was previously presented to the Court.  Similarly, Plaintiff has failed to demonstrate that there are new facts or a change in law occurring after issuance of the Court's order or that the Court manifestly failed to consider materials facts or dispositive legal arguments that were presented to the Court.

Accordingly, the Court DENIES Plaintiff's motion for leave to file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: October 5, 2022

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California