IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Liu | Case No: 4:21-cv-07313-JSW |
|     Plaintiff | |
| vs. | **Notice of Change of Ownership for Nielsen Holdings PLC** |
| TNC US HOLDINGS (The Nielsen Company US LLC) | |
|     Defendant. | Date: n/a |
| | Time: n/a |
| | Place: Courtroom 5, 2nd Floor 1301 Clay Street Oakland, CA 94612 |
| | Complaint Filed: September 20, 2021 |

## Notice of Change of Ownership for Nielsen Holdings PLC

In previous filings, I mentioned that there was a pending Nielsen sale. Today, I just discovered online that the sale did go through already.

> **Investor relations**
>
> **Nielsen Announces Closing Of Transaction With Evergreen ...**
>
> NEW YORK, Oct. 11, 2022 /PRNewswire/ -- Nielsen Holdings plc (NYSE: ... the completion of its previously announced sale to a private equity...
>
> 5 days ago

The news portal to ir.nielsen.com no longer works. I am guessing the Nielsen investor relations portal no longer works because NLSN is no longer a publicly traded company so that could be why the investors relations website no longer works.

It also appears Nielsen stock stopped trading on October 11, 2022 according to google search.

> Market Summary > Nielsen Holdings PLC
>
> **27.98** USD
>
> Closed: Oct 11, 7:40 PM EDT • Disclaimer
> After hours 27.99 +0.010 (0.036%)

Here is a screenshot from an online article I found about the sale:

## Nielsen Sale Closes

**by Perry Michael Simon**
October 11, 2022 at 11:42 AM (PT)
What do you think? Add your comment below.


Gone Private

The sale of NIELSEN HOLDINGS PLC to private equity firms EVERGREEN COAST CAPITAL CORP. and BROOKFIELD BUSINESS PARTNERS L.P. for about $16 billion including assumption of debt has closed. NIELSEN shareholders will get $28 per share, and the company will be removed from the NEW YORK STOCK EXCHANGE as of TOMORROW (10/12).

"Today's announcement marks an important milestone for NIELSEN. We are excited for a bright future as a private company," said CEO DAVID KENNY. "This transaction provides significant value to our shareholders and provides the best conditions to execute on our NIELSEN ONE strategy."

It is from https://www.allaccess.com/net-news/archive/story/222309/nielsen-sale-closes

Evergreen Coast Capital Corp. (one of the major owners of privately owned Nielsen) is headquarter in Menlo Park, CA as per google search:

### Menlo Park, California

Evergreen Coast Capital is a private equity firm that focuses on investing in technology. It was founded in 2015 and is headquartered in **Menlo Park, California**.

https://www.talentticker.ai › company › evergreen-coast-c...

Evergreen Coast Capital Company Profile - Talent Ticker

In addition, on 1/3/2022 Defendant filed "DEFENDANTS' CORPORATE DISCLOSURE STATEMENT" (Dkt. 17) stating:

> Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants TNC US Holdings and The Nielsen Company US LLC certifies that: Defendant Nielsen Company US LLC, a Delaware limited liability corporation, is a wholly owned, indirect subsidiary of Defendant TNC (US) Holdings, a New York corporation. TNC (US) Holdings is a wholly owned subsidiary of Nielsen Holdings plc, a publicly traded company. There is no parent corporation or publicly held corporation that holds 10% or more of Nielsen Holdings plc's stock.
>
> Dated: January 3, 2022                WINSTON & STRAWN LLP
>
>                                       By: /s/ Caitlin W. Tran

Since it appears Nielsen Holdings PLC is no longer "a publicly traded company and is owned by private investors, I felt obligated to update the Court on the matter.

I am providing this update in good faith. Although I previously informed the Court about the pending sale, I just discovered <u>new information that shows that on or before October 11, 2022</u>, Nielsen Holdings PLC sale went through and is now owned by private investors. I had no idea the sale went thorough until I read about it today, so that is why I am updating the Court on this new information now.

Since I am not a lawyer, I have no idea if this new information matters or not for this Court, but thought it is best to provide this notice even if it amounts to no significance. I am doing the best I can as a non-lawyer and apologize to the Court in advance if this type of notice is something the Court might disapprove of. I thank the Court for their time reading this notice.

                                    Respectfully submitted,

                                    *Frank Liu*

Dated: 10/16/2022                   Frank Liu
                                    Pro Se Plaintiff